UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR221-0037 |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(e) |
| | ) | Conspiracy to Engage in Sexual |
| MICHAEL WILLIAMS KERSEY | ) | Exploitation of Children |
| | ) | |
| and | ) | 18 U.S.C. § 2251(a) |
| | ) | Sexual Exploitation of Children |
| LESLEY M. HENRY | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | Coercion and Enticement of a Child |
| | ) | to Engage in Sexual Activity |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(1) |
| | ) | Distribution of Child Pornography |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |

FILED
U.S. DISTRICT COURT
2021 SEP -9 P 3:11
CLERK
SO. DIST. OF GA.

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Conspiracy to Engage in Sexual Exploitation of Children*
18 U.S.C. § 2251(e)

Beginning at a time unknown to the grand jury, but at least from in or about 2016 and continuing through in or about August 2021, in Camden County, within the Southern District of Georgia, the defendants,

MICHAEL WILLIAMS KERSEY,
and
LESLEY M. HENRY,

being aided and abetted by each other, conspired with each other to knowingly use, persuade, induce, entice, and coerce one or more prepubescent minors, that is, Jane Doe #1 and Jane Doe #2, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 2251(a).

All in violation of Title 18, United States Code, Sections 2251(e) and 2.

## COUNTS TWO THROUGH ELEVEN
*Sexual Exploitation of Children*
18 U.S.C. § 2251(a)

On or about the dates set forth below, in Camden County, within the Southern District of Georgia, the defendants,

**MICHAEL WILLIAMS KERSEY,**
and
**LESLEY M. HNERY,**

being aided and abetted by each other, did knowingly use, persuade, induce, entice, and coerce Jane Doe #1, a prepubescent minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce:

| Count | Date | File Name | Device |
|---|---|---|---|
| 2. | 3/29/2017 | XplZF8yMDE3MDMw-0V8xMjMwMZUuanBn~.0(1) | SM-G920P |
| 3. | 8/18/2017 | 4067.jpg | SM-G988U |
| 4. | 9/15/2017 | 20170914_202650.jpg | SM-G920P |
| 5. | 1/2/2021 | 11030.jpg | SM-G988U |
| 6. | 1/7/2021 | 11867.JPG | SM-G988U |
| 7. | 2/2/2021 | 859.jpg | SM-G988U |
| 8. | 2/2/2021 | 3327.jpg | SM-G988U |
| 9. | 2/5/2021 | 16155.JPG | SM-G988U |

3

| Count | Date | File Name | Device |
|---|---|---|---|
| 10. | 5/6/2021 | 9015.jpg | SM-G988U |
| 11. | 5/26/2021 | 20201109_205808.jpg | SM-G988U |

All in violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT TWELVE
*Sexual Exploitation of Children*
18 U.S.C. § 2251(a)

On or about March 28, 2017, in Camden County, within the Southern District of Georgia, the defendant,

### MICHAEL WILLIAMS KERSEY,

did knowingly use, persuade, induce, entice, and coerce Jane Doe #2, a prepubescent minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce, that is, a series of images with the file names:

    (1) MjAxNzAzMDZfMTc0MTE5LmpwZw==~.0;

    (2) MjAxNzAzMDZfMTczNTQ0LnpwZw==~.0;

    (3) MjAxNzAzMDZfMTczNTUwLmpwwpZw==~.0;

    (4) MjAxNzAzMDZfMTczNTUxLmpwZw==~.0; and

    (5) MjAxNzAzMDZfMTczNTUyLmpwZw==~.0

and all located on device SM-G920P.

All in violation of Title 18, United States Code, Sections 2251(a).

## COUNT THIRTEEN
*Sexual Exploitation of Children*
18 U.S.C. § 2251(a)

On or about February 1, 2021, in Camden County, within the Southern District of Georgia, the defendant,

### MICHAEL WILLIAMS KERSEY,

did knowingly use, persuade, induce, entice, and coerce Jane Doe #3, a prepubescent minor, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce, that is, an image or video with file name 8633.jpg on device SM-G988U.

All in violation of Title 18, United States Code, Sections 2251(a).

## COUNT FOURTEEN
*Coercion and Enticement of a Child to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about February 23, 2020, in Camden County, within the Southern District of Georgia, the defendant,

### MICHAEL WILLIAMS KERSEY,

did use facilities of interstate and foreign commerce, that is, the internet, to knowingly persuade, induce, entice and coerce Jane Doe #4, who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, sexual exploitation of children pursuant to Ga. Code Ann. § 16-12-100.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNTS FIFTEEN THROUGH NINETEEN
*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2)

That on or about the dates set forth below, in Camden County, within the Southern District of Georgia, the defendant,

**LESLEY M. HENRY,**

aided and abetted by another, did knowingly distribute child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of any person under 18 years old, to wit, Jane Doe #1, a prepubescent minor, engaged in sexually explicit conduct, said images having been produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer:

| Count | Date | File Name | Device |
|---|---|---|---|
| 15. | 1/10/2017 2:50:42 AM | 20171010_141328.jpg | SM-G920P |
| 16. | 9/13/2017 7:22:14 PM | 20170913_192214.jpg | SM-G920P |
| 17. | 9/14/2017 12:58:19 PM | 20170914_125819.jpg | SM-G920P |
| 18. | 1/4/2019 2:08:55 PM | 20190104_140855.jpg | SM-G892U |
| 19. | 9/10/2019 1:44:24 PM | 20190910_134424.jpg | SM-G950U |

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2.

8

## COUNTS TWENTY THROUGH TWENY-THREE

*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2)

That on or about the dates set forth below, in Camden County, within the Southern District of Georgia, and elsewhere, the defendant,

**MICHAEL WILLIAMS KERSEY,**

did knowingly distribute child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of any person under 18 years old, to wit, Jane Doe #1, a prepubescent minor, engaged in sexually explicit conduct, said images having been produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer:

| Count | Date | File Name |
|-------|------|-----------|
| 20. | March 2, 2020 | IMG_3393 |
| 21. | March 2, 2020 | IMG_3399 |
| 22. | March 2, 2020 | IMG_3400 |
| 23. | March 2, 2020 | IMG_3401 |

All in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWENTY-FOUR
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

On or about August 11, 2021, in Camden County, within the Southern District of Georgia, the defendant,

**MICHAEL WILLIAMS KERSEY,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct, said images having been produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Twenty-Four of this Indictment are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 2422 set forth in Count Fourteen of this Indictment, the defendant, **MICHAEL WILLIAMS KERSEY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Upon conviction of one or more offenses charged in Counts One through Thirteen and Counts Fifteen through Twenty-Four of this Indictment charging violations of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2251(a), the defendants, **MICHAEL WILLIAMS KERSEY** and **LESLEY M. HENRY**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

A True Bill.

*[signature]*

*[signature]*
David H. Estes
Acting United States Attorney

*[signature]*
Tania D. Groover
Assistant United States Attorney
*Lead Counsel

*[signature]*
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division