# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA

v.                                              CR221-37

MICHAEL KERSEY,
And LESLEY HERNY

Defendants.

### ORDER

On August 9, 2022, the parties filed a joint status report (Dkt. 63). The parties indicate that they believe Defendant Kersey's case will result in a negotiated plea agreement. Defendant Henry was ordered to undergo a Competency evaluation (Dkt. 69). Defendant Henry has a status report due on or before October 24, 2022. Defendant Kersey is hereby ordered to also file a status report on or before October 24, 2022.

SO ORDERED, this 18 day of October, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA